UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA EDWARDS, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>                Defendant. | Case No.: 19cv2113-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 9) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** and the parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: February 25, 2020

*[signature: Larry A. Burns]*

Honorable Larry Alan Burns
Chief United States District Judge